IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHELLE KING, as the Personal Representative of the Estate of ROBERT GLENN KING,<br><br>Plaintiff,<br><br>-vs-<br><br>UNITED TEACHER ASSOCIATES INSURANCE COMPANY, et al.,<br><br>Defendants. | CV-21-87-GF-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Sandra K. Jones, Esq., and Nicole C. Wixted, Esq. to appear *pro hac vice* in this case with Maxon R. Davis, Esq., designated as local counsel.  (Docs. 22 and 23.) The applications of Ms. Jones and Ms. Wixted appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motions to allow Ms. Jones and Ms. Wixted to appear on their behalf (Docs. 22 and 23) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Jones and Ms. Wixted must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Jones and Ms. Wixted.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 14th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court