# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHELLE KING, as the Personal Representative of the Estate of ROBERT GLENN KING,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED TEACHER ASSOCIATES INSURANCE COMPANY, CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN LIFE INSURANCE COMPANY, CONTINENTAL LTC, INC., fka CONTINENTAL INSURANCE, INC., and DOES I-V,<br><br>Defendants. | No. CV-21-87-GF-BMM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

Plaintiff and Defendant having submitted a Joint Motion to Extend Deadlines (Doc. 86 ) in this matter and the Court being satisfied that good cause exists,

IT IS HEREBY ORDERED that the Scheduling Order (Doc. 52) Daniel B. Bidegaray is amended as follows:

| | |
|---|---|
| Discovery Close: | June 26, 2024 |
| All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: | July 26, 2024 |

| | |
|---|---|
| Attorney Conference to discuss<br>Preparation of final pretrial order<br>On or before: | <u>August 30, 2024</u> |
| Proposed Final Pretrial Order: | <u>September 12, 2024</u> |

IT IS FURTHER ORDERED that a telephonic status conference shall be convened on February 6, 2024 at 1:30 p.m. to set the dates for the submission of trial briefs and jury instructions and to fix dates for a final pretrial and for the commencement of the jury trial of this case. The call-in number is 877-402-9753; access code: 5136505.

DATED this 1st day of February 2024.

_____
Brian Morris, Chief District Judge
United States District Court