IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHELLE KING, as the Personal Representative of the Estate of ROBERT GLENN KING,<br><br>Plaintiff,<br><br>-vs-<br><br>UNITED TEACHER ASSOCIATES INSURANCE COMPANY, et al.,<br><br>Defendants. | CV-21-87-GF-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Jessica L. Gallagher, Esq. to appear *pro hac vice* in this case with Maxon R. Davis, Esq., designated as local counsel.  (Doc. 96.) The application of Ms. Gallgher appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motion to allow Ms. Gallagher to appear on their behalf (Doc. 96) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Gallagher must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Ms. Gallagher, not the law firm she works for.

**IT IS FURTHER ORDERED**:

5. Ms. Gallagher will file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 16th day of September , 2024.

_____
Brian Morris, Chief District Judge
United States District Court