# EXHIBIT J

DGLASGOW - 03/07/2017 16:58:09: Spoke with Michelle King and advised what information was needed to review the claim retroactively:  We need medical r from VA for the period of 2014-08/2016 so we can CIC insured.  RN has reviewed the 11/2015 medical records and will CIC insured retroactively to 11/20 however we need to know where the insured was during that time in order to pay the MCB benefit.  Records indicate he was in the hospital in 11/2015, b need to know where he was all year.  Michelle will be sending letter attesting to insured's location.  Michelle King understood and will followup with
----------
DGLASGOW - 03/03/2017 14:17:32: Called daughter, Michelle King, 406-442-5412, regarding appeal for claim.  Left voicemail message to return my call.
----------
DLEAL - 02/01/2017 14:06:46: MAILED APPEAL RESPONSE LETTER
----------
DLEAL - 12/06/2016 09:16:50: PROCESSED MCB FOR AUG,SEPT ,OCT AND NOV 1-6. MAILED CLOSE CLAIM LETTER.
----------
DLEAL - 12/06/2016 08:38:15: SPOKE TO MICHELLE KING(POA) ADV THAT I RECEIVED A NOTE FROM HHC AGENCY THAT NO CARE WAS PROVIDED . SHE STATED THAT THERE CARE HOWEVER. I EXPLAINED THAT SINCE MR. KING DIED SO SUDDENLY THERE IS ANOTHER BENEFIT OPTION TITLED ALTERNATE PAYMENT BENEFT THAT DOES NOT TAKE THE ELIMINATION PERIOD INTO EFFECT. EXPLAINED IT PAYS ON A  PRORATED BASIS AND WILL NOT PAY FOR ANYDAYS MR. KING WAS HOSPITALIZED OVERNIGHT. SHE CONFIRMED HE WAS NOT HOSPITALIZED.  ADV THAT I WILL PAY PART OF AUG , SEPT , OCT AND NOV 1-6. ADV THAT I WILL PROCESS TODAY AND GO OUT IN TOM\ORROWS MAIL. SHE T ME.
----------
DLEAL - 11/29/2016 13:42:26: CALLED AND LEFT MSG ON VMAIL FOR MICHELLE KING.  NEED TO DISCUSS ALTERNATE PAYMENT RIDER BENEFIT SINCE NO CARE IN PLACE F 168266121.
----------
DLEAL - 11/17/2016 08:14:52: SENT REQUEST TO ADD BENEFICIARY
----------
DLEAL - 11/17/2016 08:11:39: FAXED REQUEST FOR CLAIM PACKET TO A PLUS HEALTH CARE
----------
DLEAL - 11/17/2016 08:03:32: NOTE IN LTCFASTPAY SHOWS INSURED PASSED AWAY ON 11/6/16. FAXED REQUEST FOR INVOICES TO A PLUS
----------
DLEAL - 10/26/2016 14:25:03: SPOKE TO MICHELLE KING(DAUGHTER), ASKED HER IF SHE  HAD ANY QUESTIONS OR CONCERNS WITH HIRING  A CAREGIVER. SHE STATED TH IS THE CAREGIVER FOR HER FATHER AND SHE IS WORKING FOR A PLUS. SHE STATED THAT SHE HAS BEEN WORKING WITH THE AGENCY FOR A COUPLE OF MONTHS. SHE STATE CERTIFIED AS A CAREGIVER AND SHE SHARES THE SAME HOME AS INSURED.  ADV HER THAT THE POLICY EXCLUDES ANY IMMEDIATE FAMILY MEMBER FROM BEING CERTIFIED A INDEPENDENT CAREGIVER..  ADV HER I WILL RESEARCH ISSUE AND CALL HER IN A DAY OR TWO.
----------
KBYRD - 10/25/2016 14:50:52: Sarah With A Plus Care Called and wanted to know the Information they need to send in to Us. I let her know that I would information. She stated during the call the daughter (Michelle) will be providing the care for the Insured. I placed her on hold to verify if the daug would be eligible to provide care. After reviewing the policy it states "A Home Health Care Provider cannot be a member of Your Immediate Family or ar living with You." I informed Sarah that the Dtr could not proved care for the Insured per the policy provisions. I let her know that I would have the reach to the Dtr and explain the policy provision to her. She understood. She then provided me the fax number to submit the request 406-422-1062
----------
KSEVERIN - 10/25/2016 14:23:58: SARA WITH  A+ HHC  SAID WILL START CARE FOR SERVICE.  ASKED FOR OUR FAX #. GAVE HER OUR NEW FAX.  SARA WILL F/U WITH F
----------
KSEVERIN - 10/11/2016 11:48:59: MICHELLE KING (POA) CALLED ABOUT INFO STILL NEED - REFER TO 4 page OF APPROVAL LETTER.  LIST ITEMS PENDING FROM EACH PROVIDER, AS OF ELIG AUG 2016. SHE WILL TRY F/U AGAIN
----------
EROSALES - 10/04/2016 09:18:10: ++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NEW CLAIM SETUP COMPLETED. REFERRED TO EXAMINER -(DLEAL); F/U WITH APS & POC PRIOR TO CIC EXP 8/2/2017
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

----------
EROSALES - 10/04/2016 09:17:26: REQUESTED ON GOING HOME CARE SERVICES ON LTCFAST PAY.
----------
EROSALES - 10/04/2016 09:16:35: MAILED APPROVAL LETTER TO MICHELLE KING (POA) AND WE NEED THE INFO FROM ST. PETERS HOSPICE AND A-PLUS HEALTH CARE.
----------
EROSALES - 09/20/2016 09:22:24: 9/19/2016- SEND REQUEST TO DIMS FOR CIC REVIEW.
----------
EROSALES - 09/06/2016 11:55:05: SENT LETTER TO INSURED THAT WE NEED THE HIPAA FORMS, PERSONAL REP FORM, DPOA, APS, AND PCF & DOCS FROM PROVIDER.
----------
RORTIZ2 - 08/01/2016 12:39:49: INSURED CALLED IN TO VERIFY IF THE FORMS WILL BE SENT OUT. I ADVISED IT HAS BEEN SENT OUT. I ADVISED HE SHOULD RECEIVED FORMS VERY SOON. HE STATED THAT WAS ALL HE NEEDED.
----------
EROSALES - 07/26/2016 09:26:51: REQUESTED BEA ON LTCFAST PAY
----------

[ Print Page ]

[ Submit ] [ Cancel ]

**Quick Reference Notes**