# EXHIBIT L

UNITED TEACHER ASSOCIATES INSURANCE
P.O. BOX 203098
AUSTIN, TX 78720-3098                                      01/15/2013

866-830-0607                                               NOTICE OF PAYMENT DUE



ROBERT G KING
P O BOX 335
CADE, LA 70519

We want to remind you of the importance of remitting your payment promptly. In the event payment is not made by the due date shown above or within the 31-day grace period after the due date, the contract will terminate or lapse, except as to the right to any cash surrender value or non-forfeiture benefit.

Please make check payable to:  UNITED TEACHER ASSOCIATES INSURANCE CO
KEEP THIS PORTION FOR YOUR RECORDS                                         21

RK 002796