UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Michelle King, as Personal Representative of the Estate of Robert Glenn King,<br><br>　　　　　Plaintiff,<br>vs.<br><br>United Teacher Associates Insurance Company, Continental General Insurance Company, Great American Life Insurance Company, Continental LTC, Inc., fka Continental Insurance, Inc., and Does 1-V,<br><br>　　　　　Defendants. | Cause No. CV-21-87-BMM<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　Upon consideration of the parties' Joint Motion to Dismiss with Prejudice, and good cause appearing therefore;

　　IT IS HEREBY ORDERED that all claims and causes of action in the above-entitled action are DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

　　DATED this 25th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts